■ ALBOROY BARTLEY, Respondent-Appellant, v NEW YORK CITY BOARD OF EDUCATION, Appellant-Respondent. [863 NYS2d 386]—Cross appeals from order, Supreme Court, Bronx County

---

(John A. Barone, J.), entered September 18, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Gonzalez, J.P., Williams, Catterson and Moskowitz, JJ.